IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Evan Brown #082906
Dauphin County Prison
501 Mall Road
Harrisburg, PA 17111

FILED
HARRISBURG, PA
SEP 08 2022
PER _____
DEPUTY CLERK

vs.

CIVIL COMPLAINT
1:22-CV-1400

Vito Perugino
Michael Schmidt

TO BE FILED UNDER: 42 U.S.C. § 1983 STATE OFFICIALS

INDIVIDUAL CAPACITY

I. DEFENDANTS

1. Vito Perugino (individual capacity)
   Employed as a Police Officer for the Pennsylvania Capitol Police
   501 North 3rd Street
   Harrisburg, PA 17101

2. Michael Schmidt (individual capacity)
   Employed as a Police Officer for the Pennsylvania Capitol Police
   501 North 3rd Street
   Harrisburg, PA 17101

II. STATEMENT OF CLAIM   RE: Docket No: CP-22-CR-0002849-2019

1. Fourth Amendment and Pennsylvania Article 1 Section 8 - Malicious Prosecution

Officer Perugino was acting under color of state law as a Police Officer for the Pennsylvania Capitol Police violated the Plaintiff's Fourth Amendment under the United States Constitution and Article 1 Section 8 under the Pennsylvania Constitution that protects him from unreasonable searches and seizures.

On March 11th, 2019, Officer Perugino initiated/instituted a criminal proceeding against the Plaintiff when he re-filed the charges of public drunkenness, resisting arrest, and added the charge of flight to avoid apprehension. Officer Perugino lied in his second criminal complaint when he stated that during the encounter the Plaintiff was looking around like he wanted to flee. Officer Perugino lied and stated that once the Plaintiff was asked his name he stood up and tried to run. The Plaintiff did neither. Officer Perugino lied to make it seem like the Plaintiff was running from a NCIC warrant that neither him or the Plaintiff knew about prior to the unlawful seizure and unlawful arrest. The original complaint has been suppressed because it does not state that the Plaintiff was looking to flee, or tried to flee. The Plaintiff did not try to run. Common sense if it was true that the Plaintiff tried to run he would have been charged with flight to avoid in the first criminal complaint.

The Court of Common Pleas of Dauphin County dismissed the charges against the Plaintiff and closed the docket on October 6th, 2021. The charges were dismissed for lack of probable cause. The Plaintiff filed a Writ of Habeas. Judge Curcillo ordered the Commonwealth to respond in 10 days. The Commonwealth never responded. The judge did not do her part after the Commonwealth failed to respond, so the Plaintiff was forced to file a Motion to Suppress to get a mandatory hearing on the issue. Following a Suppression Hearing the charges were dismissed for lack of probable cause. The Plaintiff was not intoxicated, he did not try to run, he resisted an unlawful arrest.

Officer Perugino acted with malice because there was no probable cause. Officer Perugino's actions were racially motivated. His first complaint was suppressed because he stated he observed a "white" females PA driver's license in the Plaintiff's hand. The Plaintiff is black. The Plaintiff told Officer Perugino that the driver's license belonged to his girlfriend Rebecca Grady. Officer Perugino asked the Plaintiff to have a seat until the "issue" with the driver's license was resolved. There was no issue. Officer Perugino left out the word white in attempt to hide that his actions were racially motivated. After discovering that the license was not stolen he asked the Plaintiff his name. The Plaintiff stood up was tased and wrestled into handcuffs. The Plaintiff was arrested and falsely charged with public drunkenness because he was a black man with a white womans (his girlfriends) driver's license.

Officer Perugino acted maliciously when he lied in his second criminal complaint making it out to seem like the Plaintiff wanted to run and tried to run. Officer Perugino re-filed the charges out of spite because the charges were dismissed at the Plaintiff's preliminary hearing. Office Perugino re-filed the charges to harass the Plaintiff in hopes that the Plaintiff would take a guilty plea so he could be protected from civil litigation.

The plaintiff suffered deprivation of liberty consistent with the concept of seizure as a consequence of a legal proceeding. The Plaintiff had a bail detainer for these charges from February 15th, 2020 until he posted bail on June 19th, 2020, (125 days). The Plaintiff had a bail detainer for these charges from March 22nd, 2021 to when the Judge made his bail unsecured on August 16th, 2021, (148 days). That's a total of 273 days detained.

Sergeant Michael Schmidt acting under color of law as a Police Officer for the Pennsylvania Capital Police violated the Plaintiff's Fourth Amendment United States Constitutional right and Pennsylvania Article 1 Section 8 Constitutional right to be free from unreasonable searches and seizures when he co-signed and approved the lies and constitutional violations in Officer Perugino's second criminal complaint.

III. RELIEF

1. Plaintiff wants compensatory and punitive damages for the mental anguish, stress, pain and suffering, harassment, and oppression he experienced.

2. Plaintiff wants no less than $3,000 a day for the 233 days that he had a bail detainer for this case.

3. Plaintiff wants $500 a day for the 615 days that he was not detained but had to stress and deal with the harassment this case brought.

4. Plaintiff wants the money back that was used to post bail on June 19th, 2020.

5. Plaintiff wants reimbursed $30,000 for money spent on the phone, tablet, and commissary between February 15th, 2020 to June 19th, 2020 and March 22nd, 2021 to August 16th, 2021.

6. Plaintiff wants no less than $1.5 million because 888 days of his life were affected negatively from this malicious prosecution.

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __1st__ day of __September__, 20__22__.

_____
(Signature of Plaintiff)

4




7006 2760 0001 1073 5368



**PRIORITY® MAIL**




U.S. POSTAGE PAID
PM
HARRISBURG, PA
17111
SEP 07, 22
AMOUNT
$12.95
R2304E105290 -17

FROM: Evan Brown (82906)
501 mall Rd, harrisburg,
Pa, 17111
Dauphin county
Prision

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
* See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

RECEIVED
HARRISBURG, PA
SEP 08 2022
PER
DEPUTY CLERK

TO: The united States
district court for the
middle district of PA
228 walnut st
Harrisburg, Pa 17101

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED



PS00001000014   EP14F May 2020

To schedule free Package Pickup,
scan the QR code.

